UNITED STATES of America, Plaintiff–Appellee,

v.

Joseph Ricardes VASQUEZ, Defendant–Appellant.

No. 01–10013.

D.C. No. CR–CR–00–00106–EHC.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS and RAWLINSON, Circuit Judges.

MEMORANDUM**

Joseph Ricardes Vasquez appeals his jury-trial conviction and 63–month sentence imposed for carjacking, in violation of 18 U.S.C. § 2119, and his consecutive 120–month sentence imposed for using a firearm during a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A). Vasquez's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vasquez has filed a pro se supplemental brief.

Our review of the *Anders* brief and the pro se brief, and our independent review of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the